# UNITED STATES DISTRICT COURT

## District of Minnesota

Alejandro Corro-Guzman,

Petitioner,

v.

Todd Blanche, Markwayne Mullin,
David Venturella, David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-3117 (ECT/EMB)

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Report and Recommendation [ECF No. 8] is **ACCEPTED** as described above;
2. Respondents' objections [ECF No. 9] are **OVERRULED** as described above;
3. Petitioner Alejandro C.G.'s Verified Petition for Writ of Habeas Corpus [ECF No. 1] is **GRANTED**; and
4. Respondents shall release Petitioner Alejandro C.G. from immigration custody immediately.

Date: 9/23/2026

KATE M. FOGARTY, CLERK